THE OLBISTON COMPANY, Appellant, v. C. FRANK FLOYD, Respondent. — Judgment and order affirmed, with costs. All concurred.

ROCCO LOFARO and Another, Respondents, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

PATRICK T. CONROY, Respondent, v. WILLIAM GANG and Others, Impleaded with ALICE WHITE GANG, Appellant.—Interlocutory judgment affirmed, with costs. All concurred.

McNEIL LUMBER COMPANY, INC., Respondent, v. JAMES W. CHASE and Others, Appellants.— Judgment affirmed, with costs. All concurred.

ROBERT P. HURLEY, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant. — Judgment and order affirmed, with costs. All concurred.

STANLEY N. CARR, Appellant, v. PENNSYLVANIA RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. All concurred, except Kruse, P. J., who dissented.

HELLEN NUNNEMAKER, as Administratrix, etc., Appellant, v. THE ORLEANS COUNTY QUARRY COMPANY, Respondent.— Judgment affirmed, with costs. All concurred.

LILLIAN E. EDDY, Respondent, v. C. B. KEITH FAMILY THEATRE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

NORMAN A. MACPHERSON, as Trustee in Bankruptcy of NICHOLAS SEDARES, Respondent, v. BEECHNUT CREAMERY COMPANY and Others, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. All concurred.

GEORGE S. CAMPANY, as Administrator, etc., Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

WERONIKA WILCINSKI, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.

JOHN W. HILBERG, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.